TERRITORY OF OKLAHOMA, *on relation of* CHAS. M. THACKER, *County Attorney in and for Greer County, Oklahoma,* v. WM. F. REYNOLDS, C. A. REYNOLDS AND A. S. WOODRING.

(Filed February 11, 1905.)

1. CRIMINAL CASES—Bail, by Whom Taken.  Courts have inherent power to take bail or recognizance in a criminal case, but clerks have such power only when it is conferred upon them by statute.

2. SAME—Power of Clerks.  Our statute does not authorize the clerk of the district court to take bail in a criminal case, and hence a bail bond taken by him is void.

(Syllabus by the Court.)

*Error from the Probate Court of Greer County; before T. P. Clay, Trial Judge.*

*Chas. M. Thacker, County Attorney,* for plaintiff in error.

No appearance for defendant in error.

Opinion of the court by

HAINER, J.: This is an action on a bail bond taken in a criminal action by the deputy clerk of the district court of Greer county.  The facts in this case are identical with those in the case of the *Territory of Oklahoma ex rel. v. Allen, et al.,* cause No. 1596, decided at this term of the court, and

the same question of law is involved. Upon authority of that case, the judgment of the court below is affirmed, at the cost of plaintiff in error.

Beauchamp, J., absent; all the other Justices concurring.